USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HYPERION MEDICAL, P.C.,

                       Plaintiff/Relator,

     -against-

UNITEDHEALTHCARE INSURANCE CO.
OF NEW YORK,

                       Defendant.
-----------------------------------------------------------x

20-cv-5081 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

On July 30, 2020, Defendant submitted a letter motion for a conference on its anticipated motion to dismiss. (ECF No. 9). Plaintiff should respond to this letter by August 11, 2020.

**SO ORDERED.**

**Dated:  August 6, 2020**
        **New York, New York**

                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**