USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 17, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
HYPERION MEDICAL, P.C.,                      :
                                             :
        Plaintiff,                           :
                                             :  Case No. 20-cv-5081(ALC)
                                             :
        Plaintiff,                           :  **JOINT REQUEST FOR**
                                             :  **ADJOURNMENT OF**
v.                                           :  **STATUS REPORT**
                                             :
UNITEDHEALTHCARE INSURANCE                   :
COMPANY OF NEW YORK,                         :
                                             :           **MEMO ENDORSED**
        Defendant.                           :
---------------------------------------------------------------x

      On November 29, 2020, the Court ordered Defendant UnitedHealthcare Insurance Company of New York ("United") to file an affidavit responding to the Court's inquiry by December 8, 2020, and the parties to file a joint status report by December 17, 2020. (Doc. No. 29).

      Per the Court's order, United filed an affidavit responding to the Court's order on December 4, 2020. (Doc. 30).

      Thereafter, the parties entered into discussions regarding settlement. Today, December 17, 2020, the parties held a settlement conference by Zoom. An additional settlement conference is planned for early next week.

      The parties respectfully request that they be permitted to delay filing a joint status report until December 30, 2020 so that the parties may attempt to settle this matter. This request takes into account delays that may be caused by the upcoming holidays.

This is the parties' first request for an adjournment of the status report.

Respectfully submitted,

/s/ David Etkind
David Etkind, Esq.
ECHTMAN & ETKIND, LLC
551 Fifth Avenue, 3rd Floor
New York, New York 10176
(212) 757-2310

*Counsel for Plaintiff Hyperion Medical P.C.*

/s/ Michael H. Bernstein
Michael H. Bernstein
ROBINSON & COLE LLP
Chrysler East Building
666 Third Avenue, 20th Floor
New York, NY 10017
Tel. No.: (212) 451-2940
Fax No.: (212) 451-2999
E-mail: mbernstein@rc.com

*Counsel for Defendant UnitedHealthcare Insurance Company of New York*

SO ORDERED:
[signature]
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 17, 2020