```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/10/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**HYPERION MEDICAL, P.C.,**

                **Plaintiff,**

                -against-

**UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK,**

                **Defendant.**

**20-cv-5081 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    December 10, 2021
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**